IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARNOLDO REYNA,

    Applicant,

v.       No. CV 12-0959 LH/CG

UNITED STATES DISTRICT COURT,

    Respondent.

### ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION TO FILE ANSWER

**THIS MATTER** comes before the Court upon Respondent's *Motion for a 60-Day Extension of Time to File an Answer to Arnoldo Reyna's Petition for Writ of Habeas Corpus*, filed January 9, 2013, (Doc. 16). The Court, having reviewed the motion and being fully advised in the premises, finds the motion is well taken and shall be granted.

**IT IS THEREFORE ORDERED** that Respondent's motion is hereby granted and the period of time in which to file an Answer Brief is hereby extended until March 11, 2013.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE